No. 2017-1048

In the

# United States Court of Appeals for the Federal Circuit

SHIRE DEVELOPMENT, LLC, SHIRE PHARMACEUTICAL DEVELOPMENT, INC., COSMO TECHNOLOGIES LIMITED, and NOGRA PHARMA LIMITED,

*Plaintiffs-Appellants*,

v.

CADILA HEALTHCARE LIMITED (d/b/a ZYDUS CADILA) and ZYDUS PHARMACEUTICALS (USA), INC.,

*Defendants-Appellees*.

Appeal From the United States District Court for the District of Delaware in Case No. 10-581, Judge Kent A. Jordan

**NOTICE OF INTENT TO FILE
A CORRESPONDING ELECTRONIC BRIEF**

October 28, 2016

Edgar H. Haug
Jason A. Lief
Angus Chen
Andrew Wasson
Elizabeth J. Murphy
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

*Counsel for Plaintiffs-Appellants*

Pursuant to Federal Circuit Rule 32(e)(1), Plaintiffs-Appellants Shire Development, LLC, Shire Pharmaceutical Development, Inc., Cosmo Technologies Limited, and Nogra Pharma Limited hereby notify the Court that they intend to file a corresponding electronic version of their principal brief, and that Defendants-Appellees do not object to such filing.

October 28, 2016                                  Respectfully Submitted,

                                           /s/ Edgar H. Haug
Edgar H. Haug
Jason A. Lief
Angus Chen
Andrew Wasson
Elizabeth J. Murphy
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

*Counsel for Plaintiffs-Appellants*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  October 28, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Edgar H. Haug | /s/ Edgar H. Haug |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---:|:---|
| Law Firm | Frommer Lawrence & Haug LLP |
| Address | 745 5th Avenue |
| City, State, Zip | New York, NY 10151 |
| Telephone Number | (212) 588-0800 |
| Fax Number | (212) 588-0500 |
| E-Mail Address | EHaug@flhlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields