**No. 2017-1048**

# In the
# United States Court of Appeals
## for the Federal Circuit

SHIRE DEVELOPMENT, LLC; SHIRE PHARMACEUTICAL DEVELOPMENT, INC.; COSMO TECHNOLOGIES LIMITED; NOGRA PHARMA LIMITED,

*Plaintiffs-Appellants,*

v.

CADILA HEALTHCARE LIMITED, d/b/a Zydus Cadila; ZYDUS PHARMACEUTICALS (USA) INC.,

*Defendants-Appellees.*

Appeals from the United States District Court
for the District of Delaware, Case No 1:10-cv-00581-KAJ.
The Honorable **Kent A. Jordan**, Judge Presiding.

## DEFENDANTS-APPELLEES' NOTICE OF INTENT TO FILE CORRESPONDING BRIEFS ON CD-ROM

Michael J. Gaertner
Hugh S. Balsam
James T. Peterka
Andy J. Miller
Wasim K. Bleibel
Timothy F. Peterson
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-1722
*Counsel for Appellees*

Pursuant to Federal Circuit Rule 32(e)(1), Defendants-Appellees, CADILA HEALTHCARE LIMITED and ZYDUS PHARMACEUTICALS (USA) INC., hereby notify the Court that they intend to file a corresponding electronic version of their principal brief, and that Plaintiffs-Appellants do not object to such filing.

October 28, 2016                                          Respectfully Submitted,

/s/ Michael J. Gaertner
Michael J. Gaertner
Hugh S. Balsam
James T. Peterka
Andy J. Miller
Wasim K. Bleibel
Timothy F. Peterson
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-1722
*Counsel for Appellees*

# United States Court of Appeals for the Federal Circuit

*Shire Development, LLC v. Cadila Healthcare Limited,* 2017-1048

## CERTIFICATE OF SERVICE

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by LOCKE LORD LLP, counsel for Defendants-Appellees to print this document. I am an employee of Counsel Press.

On **October 28, 2016** counsel has authorized me to electronically file the foregoing **Notice of Intent** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

   Edgar H. Haug
   Jason A. Lief
   Angus Chen
   Andrew Wasson
   Elizabeth J. Murphy
   FROMMER LAWRENCE & HAUG LLP
   745 Fifth Avenue
   New York, NY 10151
   (212) 588-0800
   *Counsel for Plaintiffs-Appellants*

October 28, 2016                          /s/ John C. Kruesi, Jr.
                                                      John C. Kruesi, Jr.
                                                      Counsel Press