NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SHIRE DEVELOPMENT, LLC, SHIRE
PHARMACEUTICAL DEVELOPMENT, INC.,
COSMO TECHNOLOGIES LIMITED, NOGRA
PHARMA LIMITED,**
*Plaintiffs-Appellants*

**v.**

**CADILA HEALTHCARE LIMITED, dba Zydus Ca-
dila, ZYDUS PHARMACEUTICALS (USA) INC.,**
*Defendants-Appellees*

---

2017-1048

---

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00581-KAJ, Circuit Judge Kent A. Jordan.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

## O R D E R

The appellees move to expedite briefing and oral argument in this appeal. The appellants oppose the motion.

2    SHIRE DEVELOPMENT, LLC v. CADILA HEALTHCARE LIMITED

The appellees may self-expedite the case by filing their response brief early.  The appellees have not made a sufficient showing, however, to justify shortening the time for the appellants to file their briefs.  The appellants should not anticipate any extensions of time.  The case will be placed on the next available oral argument calendar after briefing is complete.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25